# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DEMETRIS R. NEWBLE                                    Case Number: 06-71288
3912 LOUISANA ROAD APT. 3
ROCKFORD, IL  61108                SSN-xxx-xx-9644

Case filed on:    7/25/2006
Plan Confirmed on:  10/27/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,025.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,068.50 | 3,068.50 | 2,113.23 | 0.00 |
|  | Total Legal | 3,068.50 | 3,068.50 | 2,113.23 | 0.00 |
| 999 | DEMETRIS R. NEWBLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 1,668.58 | 1,668.58 | 1,668.58 | 0.00 |
|  | Total Secured | 1,668.58 | 1,668.58 | 1,668.58 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 6,178.84 | 6,178.84 | 0.00 | 0.00 |
| 002 | ACME CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AFNI/VERIZON | 408.96 | 408.96 | 0.00 | 0.00 |
| 004 | ALMA BEASLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 1,048.13 | 1,048.13 | 0.00 | 0.00 |
| 006 | ATTORNEY TERRY HOSS & | 27.60 | 27.60 | 0.00 | 0.00 |
| 007 | AUDIT SYSTEMS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BASSAM SOUFAN MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHECK-IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT MANAGEMENT CENTRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CUPOLA FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DIRECT LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LDI MANAGEMENT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MIDWEST MONEY EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 45.00 | 45.00 | 0.00 | 0.00 |
| 021 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RESTAURANT FUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 239.70 | 239.70 | 0.00 | 0.00 |
| 025 | TELECHECK RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | US DEPARTMENT OF EDUCATION | 5,164.20 | 5,164.20 | 0.00 | 0.00 |
| 028 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | AMERICASH LOANS LLC | 900.16 | 900.16 | 0.00 | 0.00 |
| 030 | SPRINT NEXTEL - DISTRIBUTION | 346.97 | 346.97 | 0.00 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,359.56 | 14,359.56 | 0.00 | 0.00 |
|  | Grand Total: | 19,096.64 | 19,096.64 | 3,781.81 | 0.00 |

Total Paid Claimant:        $3,781.81
Trustee Allowance:          $243.19
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                By  /s/Heather M. Fagan